FILED

06/10/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0137

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0137

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SHELBY BRYAN RAGNER,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 10-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including June 30, 2022, within which to prepare, serve, and file the State's response brief.

TKP

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 10 2022